UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND; ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>ASSOCIATED SURFACE CLEANING, INC., ET AL<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 CV 4041<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 21, 2008**, at **7:50 PM**, I served the above described documents upon **RDHM SERVICES, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **ROBERT WHITESI REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **5122 BARRY AVE., CHICAGO, IL 60641.**

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **50**  Hgt: **5'10"**  Wgt: **210**  Hair: **BROWN**  Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_Steven A Stosur_

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 22nd day of August, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>Laborers Pension and Welfare Funds* | ORIGINAL PROOF OF SERVICE | TRACKING #<br>40515 |
|---|---|---|