F:\WP51\DOCS\ASCINC\6022.0002\00017214.DOC

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNSIL OF CHICAGO AND VICINITY and JAMES S. JORGENSEN, Administrator of the Funds<br><br>     Plaintiffs,<br><br>v.<br><br>ASSOCIATED SURFACE CLEANING, INC., d/b/a ASSOCIATED SURFACE CLEANING, d/b/a RDHM SERVICES, INC.<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 08 CV 4041<br>)<br>) Magistrate<br>) Judge Cole<br>)<br>) Judge Kennelly<br>)<br>) |

### APPEARANCE

The undersigned, as attorney, enters the appearance of the Defendant, ASSOCIATED SURFACE CLEANING, INC., in the above entitled cause.

                           _____s/ Peter Swan_____
                           EMALFARB, SWAN & BAIN
                           Attorney for:
                           ASSOCIATED SURFACE
                           CLEANING INC.

Peter G. Swan
EMALFARB, SWAN & BAIN
440 Central Avenue
Highland Park, IL 60035
P: (847) 432-6900
F: (847) 432-8950