F:\WP51\DOCS\ASCINC\6022.0002\00017236.DOC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNSIL OF CHICAGO AND VICINITY and JAMES S. JORGENSEN, Administrator of the Funds<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED SURFACE CLEANING, INC., d/b/a ASSOCIATED SURFACE CLEANING, d/b/a RDHM SERVICES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 08 CV 4041<br>)<br>) Magistrate<br>) Judge Cole<br>)<br>) Judge Kennelly<br>)<br>) |

## NOTICE OF FILING

TO:  Charles Ingrassia
    Laborers' Pension & Welfare Funds
    Office of Fund Counsel
    111 W. Jackson Blvd., Suite 1415
    Chicago, IL 60604
    F: (312) 692-1489

PLEASE TAKE NOTICE that on the 27th day of August, 2008, I caused to be filed with the United States District Court, Northern District, Eastern Division, and Appearance filed on behalf of ASSOCIATED SURFACE CLEANING INC, d/b/a ASOCIATE DSURFACE CLEANING, d/b/a RDHM SERVICES, INC, and its Answer to Plaintiffs' Complaint, true and correct copies are attached hereto.

Peter G. Swan
Emalfarb, Swan & Bain
440 Central Ave.
Highland Park, Illinois 60035
PH:   (847) 432-6900
FX:   (847) 432-8950
Firm ID #6186883

## CERTIFICATE OF SERVICE

I, Ken Creamer, a non-attorney, state that on this 27th day of August, 2008, I served the above documents by mailing copies to all parties by depositing same in the U.S. Mail Box in Highland Park, Illinois 60035, before the hour of 5:30 p.m. with proper postage prepaid.

/s/ Ken Creamer